UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00251

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TIMOTHY LAMONT CLOUD,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Unopposed Motion to Include Exhibits to the Defendant's Previously Filed Motion to Suppress. The court notes that the government does not object to this motion. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Unopposed Motion to Include Exhibits to the Defendant's Previously Filed Motion to Suppress (#17) is **GRANTED**. Exhibits 1 and 2 shall be considered alongside those appended in defendant's previously filed motion to suppress (#14).

Signed: January 3, 2018

Max O. Cogburn Jr.
United States District Judge

1