IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17-cr-251-MOC |
| | ) | |
| vs. | ) | MOTION  TO  DISMISS |
| | ) | |
| TIMOTHY LAMONT CLOUD | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this

Court endorsed on the proposed Order for Dismissal filed here with, the United States Attorney

for the Western District of North Carolina hereby moves to dismiss the indictment and case in

case number 3:17-cr-251-MOC with prejudice.

1.   On August 16, 2017, a grand jury in the Western District of North Carolina returned a one

count bill of indictment, in case number 3:17-cr-251-MOC, charging Defendant with a violation

of 18 U.S.C. § 922(g)(1) alleged to have occurred on April, 7, 2017.

2.   On December 11, 2017, Defendant filed a motion to suppress the evidence seized during

Defendant's arrest on April 7, 2017.  On or about April 23, 2018, this Court conducted a hearing

on Defendant's motion to suppress.  On May 24, 2018, this Court denied Defendant's motion to

suppress.

3.   On September 11, 2018, Defendant, pursuant to a written plea agreement, entered a

conditional plea of guilty to Count One of the Bill of Indictment in case number 3:17-cr-251-MOC.

The plea agreement permitted Defendant to appeal this Court's denial of his motion to suppress.

4.   Prior to sentencing of Defendant in case 3:17-cr-251-MOC, the government discovered

that a change in controlling legal precedent subsequent to the negotiation of Defendant's plea

agreement and guilty plea made Defendant an Armed Career Criminal, subject to a 15-year

mandatory minimum sentence. This was a result that was completely unforeseen by the government at the time of the negotiation of the plea; and provided punishment disproportionate to the offense Defendant committed. In light of this unforeseen change in the law, on July 22, 2019, the government filed a Bill of Information, under case number 3:19-cr-224-MOC charging Defendant with possession of a stolen firearm, a violation of 18 U.S.C. § 922(j) in connection with the April 7, 2017 offense conduct. The gun Defendant possessed on April 7, 2017 was in fact a stolen gun.

5. On October 17, 2019, Defendant entered a conditional guilty to the 922(j) violation in case number 3:19-cr-224-MOC, pursuant to a written plea agreement. The plea agreement permitted Defendant to appeal the District Court's decision on his motion to suppress the evidence. On October 17, 2019, Defendant withdrew his guilty plea to the 922(g)(1) violation under case number 3:17-cr-251. Since the suppression motion and suppression hearing were held under case number 3:17-cr-251-MOC, the parties agreed to allow case number 3:17-cr-251-MOC to remain active for purposes of the appeal until Defendant's appeal was decided by the Fourth Circuit.

6. On April 12, 2021, the Fourth Circuit Court of Appeals affirmed, in a published opinion, the District Court's decision denying Defendant's motion to suppress the evidence.

7. Now that the Fourth Circuit has decided Defendant's appeal, the government moves to dismiss with prejudice the bill of indictment and 922(g)(1) case against Defendant under case number 3:17-cr-251-MOC. By dismissing case number 3:17-cr-251-MOC, it will further allow Defendant to be designated to the Bureau of Prisons to serve out his sentence on the 922(j) guilty plea, in case number 3:19-cr-224-MOC, and related SRV sentences under cases 3:03-cr-29-MOC and 3:16-cr-108-MOC.

Respectfully submitted, this the 20th day of May 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

**s/ Robert Gleason**
Assistant United States Attorney
North Carolina Bar # 16167
Attorney for the United States
United States Attorney's Office-Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel. (704) 344-6222
Fax. (704) 344-6629
Robert.Gleason@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to Certify a copy of the attached Government's Motion to Dismiss was served on counsel for defendant Timothy Lamont Cloud, W. Kelly Johnson, Esquire, by ECF at W_Kelly_Johnson@fd.org.

This the 20th day of May 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

**s/ Robert J. Gleason**
Assistant United States Attorney
North Carolina Bar # 16167
Attorney for the United States
United States Attorney's Office-Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel. (704) 344-6222
Fax. (704) 344-6629

Robert.Gleason@usdoj.gov