# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:17-CR-251-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TIMOTHY LAMONT CLOUD, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Count One of the Indictment, (Doc. No. 1), with prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 53), is **GRANTED** and Count One of the Indictment, (Doc. No. 1), is **DISMISSED with prejudice**.

Signed: June 2, 2021

Max O. Cogburn Jr.
United States District Judge