FILED:  June 28, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4091
(3:19-cr-00224-MOC-DSC-1)
(3:17-cr-00251-MOC-DCK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TIMOTHY LAMONT CLOUD

      Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Wilkinson, Judge Agee, and Judge Diaz.

For the Court

/s/ Patricia S. Connor, Clerk